IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

JOSHUA JOHNSON,              )
                             )
            Plaintiff,       )
                             )
v.                           )
                             )
UNITED RENTALS NORTHWEST,    )
INC.,                        )
                             )
            Defendant.       )   Case No. 3AN-10-6409 CI
_____)

**NOTICE TO SUPERIOR COURT OF FILING NOTICE OF REMOVAL**

TO:  CLERK OF COURT

PLEASE TAKE NOTICE that on April 23, 2010, the defendant United Rentals Northwest, Inc., named as defendant in the Complaint in this action, filed in the United States District Court for the District of Alaska, at Anchorage, Alaska, its notice of removal from Alaska Superior Court, and that a copy of said notice of removal is on file with the above-captioned court.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446(d), the filing of said notice of removal in the United States District Court, together with a filing of a copy of said notice with this court, effects the removal of this action and the above-captioned court may proceed no further, unless and

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

EXHIBIT A
Page 1 of 2

until the case is remanded.

A copy of the notice of removal being filed concurrently in the United States District for the District of Alaska is attached hereto.

DATED this 23 day of April, 2010, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for Defendant
United Rentals Northwest, Inc.

_____
Clay A. Young
Alaska Bar Assoc. No. 7410117

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of April, 2010, a true and accurate copy of the foregoing was served by mail to the following:

Jeff Barber
Barber & Sims, LLC
821 N St., Ste. 103
Anchorage, AK  99501

_____
Dru Lippert

4815-3552-7686, v. 1

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

NOTICE TO SUPERIOR COURT OF FILING NOTICE OF REMOVAL
Johnson v. United Rentals Northwest, Inc., Case No. 3AN-10-6409 CI
Page 2 of 2

EXHIBIT  A
Page  2  of  2