IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

JOSHUA JOHNSON, )
            Plaintiff, )
                                )
vs.                             )
                                )
UNITED RENTALS NORTHWEST, )
INC., )
            Defendant. )
_____)  Case No. 3AN-10-

## COMPLAINT

COMES NOW the plaintiff, JOSHUA JOHNSON, by and through his attorneys, BARBER & SIMS, LLC, and for his complaint against defendant UNITED RENTALS NORTHWEST, INC. does state and allege as follows:

1. That at all times material hereto, plaintiff was and is a resident of Willow, Alaska.

2. That at all times material hereto, defendant United Rentals Northwest, Inc. was and is an Alaska corporation doing business in the State of Alaska.

3. That defendant United Rentals Northwest, Inc. is liable for the acts and/or failure to act of their employees under the principles of agency and/or vicarious liability and/or respondeat superior.

4. That at all times material hereto, United Rentals Northwest, Inc. was doing business as United Rentals.

5. That on or about June 15, 2009, defendant rented a Titan Tool paint sprayer to plaintiff's employer d/b/a Alutiiq.

Barber & Sims, LLC
ATTORNEYS AT LAW
321 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817

590\01 COMPLAINT Johnson v United Rentals Northwest, Inc.
Page 1

EXHIBIT B
Page 1 of 4

6. That plaintiff used the paint sprayer rented by defendant.

7. That the paint sprayer rented by defendant exploded.

8. That at all times material hereto, defendant United Rentals Northwest, Inc. owned the paint sprayer used by plaintiff on or about June 15, 2009.

9. That at all times material hereto, defendant was responsible for maintaining the paint sprayer used by plaintiff on or about June 15, 2009.

10. That at all times material hereto, defendant was responsible for inspecting the paint sprayer used by plaintiff on or about June 15, 2009.

11. That at all times material hereto, defendant was responsible for servicing the paint sprayer used by plaintiff on or about June 15, 2009.

12. That at all times material hereto, defendant were responsible for the safety of the paint sprayer used by plaintiff on or about June 15, 2009.

13. That at all times material hereto, defendant was responsible for warning about any dangers of using the paint sprayer used by plaintiff on or about June 15, 2009.

14. That on or about June 15, 2009, defendant negligently and/or recklessly rented a Titan Tool paint sprayer to plaintiff's employer which plaintiff used until it exploded on the same day thereby causing serious injury to plaintiff for which defendant is liable.

Barber & Sims, LLC
ATTORNEYS AT LAW
321 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817

2690\01 COMPLAINT Johnson v United Rentals Northwest, Inc.
Page 2

EXHIBIT B
Page 2 of 4

15. That defendant is strictly liable to plaintiff for the injuries he suffered when the paint sprayer malfunctioned.

16. That defendant is liable for negligent and/or reckless maintenance and/or inspection and/or servicing and/or continued usage of equipment which caused injury to plaintiff.

17. That defendant is liable for negligent and/or reckless and/or intentional spoliation of evidence.

18. That the Titan Tool paint sprayer was defective when defendant rented it to plaintiff's employer.

19. That defendant knew or should have known that the paint sprayer was defective.

20. That defendant is not blaming anyone else for causing plaintiff's injury.

21. That plaintiff was not negligent.

22. That plaintiff's injury from the Titan Tools paint sprayer owned by defendant resulted in the loss of his finger.

23. That the Titan Tools paint sprayer owned by defendant was not supposed to explode.

24. That defendant is liable to the plaintiff for past and/or future medical expense, wage loss, diminished earning capacity, pain, suffering, disability, disfigurement, emotional distress, loss of capacity for enjoyment of life, inconvenience, physical impairment, and other non-pecuniary damages to be more fully set forth at trial all in an amount in excess of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS, the exact amount to be set by the trier of fact.

Barber & Sims, LLC
ATTORNEYS AT LAW
321 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817

25. That defendant is liable for negligent hiring, and/or negligent training, and/or negligent retention, and/or negligent supervision.

26. That defendant is liable for exemplary or punitive damages, for reckless disregard, and/or willful disregard, and/or wanton disregard for plaintiff's safety and for outrageous conduct, reckless indifference and conscious action and deliberate disregard for plaintiff's interests and the interests of others in an amount the trier of fact deems just.

27. That the defendant's conduct was outrageous and/or evidenced reckless indifference to the interest of another person.

WHEREFORE, having fully pled plaintiff's complaint, the plaintiff prays for judgment against defendant for an amount in excess of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS, the exact amount to be set by the trier of fact, plus interest, costs and full reasonable attorney fees and such other relief the court deems just.

DATED at Anchorage, Alaska this 5TH day of April, 2010.

BARBER & SIMS, LLC
Attorneys for Plaintiff

By _____
JEFF BARBER
ABA # 0111058

Barber & Sims, LLC
ATTORNEYS AT LAW
821 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817

2590\01 COMPLAINT Johnson v United Rentals Northwest, Inc.
Page 4

EXHIBIT B
Page 4 of 4